IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARVIN DALLAS LYNCH, #214178, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACT. NO. 3:17-cv-774-ECM |
| STATE OF ALABAMA, *et al.*, | ) |
| Respondents. | ) |

**MEMORANDUM OPINION and ORDER**

On February 3, 2021, the Magistrate Judge entered a Recommendation that the Petitioner's habeas petition be dismissed with prejudice (doc. 20) to which no objections have been filed. Upon an independent review of the file, upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, the petition for writ of habeas corpus is DENIED, and this case is DISMISSED with prejudice.

Done this 22nd day of February, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE